**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01191-CV

### JULIE JONES, Appellant

### V.

### DAN WILLEMS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04952-E**

## ORDER

The clerk's record in this appeal has not been filed. On December 7, 2018, Dallas County Clerk John F. Warren filed a copy of a letter sent to appellant informing appellant that the clerk's record would not be filed until she paid the fee for preparation of the record. Appellant, however, has represented to the Court that she filed a statement of inability to pay costs in the trial court. Because nothing before us reflects the county court signed an order requiring appellant to pay costs, we **ORDER** Mr. Warren to file the clerk's record, without payment of costs, no later than March 19, 2019. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    KEN MOLBERG
        JUSTICE